# Court of Appeals
# of the State of Georgia

ATLANTA, <u>February 25, 2014</u>

*The Court of Appeals hereby passes the following order:*

**A13A1032. CITY OF MANSFIELD v. GEORGIA TRANSMISSION CORPORATION.**

Appellant City of Mansfield has filed a motion to withdraw its appeal based on the parties' settlement, which has resolved the case. Appellant's motion is hereby GRANTED and this appeal is hereby ordered withdrawn. See Court of Appeals Rule 41 (g).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>02/25/2014</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*